IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

VICTOR NUTTER,

        Plaintiff,

v.                           CIVIL ACTION NO.  6:09-cv-01174

ADRIAN HOKE,

        Defendant.

**MEMORANDUM OPINION & ORDER**

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and has recommended that the court **DISMISS** this matter without prejudice.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

The failure to object to a magistrate judge's report may be deemed a waiver of appeal of the substance of the report and the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.  *See Camby v. Davis,* 718 F.2d 198, 200 (4th Cir. 1983);  *Campbell v. United States D. Ct. N.D. Cal.,* 501 F.2d 196, 206 (9th Cir. 1974).  The court has reviewed the Magistrate Judge's findings of fact and recommendation and finds no clear error on the face of the record.  Therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendation.  The court **DISMISSES** this matter without prejudice.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:	April 20, 1010

_____
Joseph R. Goodwin, Chief Judge

_____
Joseph R. Goodwin, Chief Judge